**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: | |
| VICTOR J. FINI | Case No. 13-47450 |
| | Chapter 13 |
| DEBTOR(S), | Judge Pamela S. Hollis |

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE FILED ON 02/19/2019 AND ATTACHED TO CLAIM #9.

**TO:** Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Victor J. Fini, Debtor(s), 1438 W. Briarcliff, Bolingbrook, 60490
David P Lloyd, Attorney for Debtor(s) - 615B S. LaGrange Rd., LaGrange, IL 60525 by electronic notice through ECF

Notice is hereby given that Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ("Creditor"), hereby withdraws its Response to Notice of Final Cure filed on 02/19/2019, as filed in error.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on February 26, 2019 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the February 26, 2019.

/s/ Laura Hrisko
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE #(NO. 14-10-21186)**
NOTE: This law firm is a debt collector.